AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| ST ANDREWS LINKS LIMITED | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| DSA GOLF LP | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* DSA Golf LP
209 Lynchford Road
Farnborough, Hampshire, GU14 6HF
United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert A. Weikert, David L. May, Jennette E. Wiser
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
415-984-8200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*