UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ST ANDREWS LINKS LIMITED,

    Plaintiff,

  v.

DSA GOLF LP,

    Defendant.

Case No. 17-cv-05655-RS

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **March 15, 2018.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 22, 2018, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: January 8, 2018

_____
Richard Seeborg
United States District Judge